IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § § | Case No. 6:14-cv-31 |
| v. § § | |
| APPLE INC., ET AL., § § | |
| Defendants. § § | |

# ORDER

Pursuant to the Plaintiff's Notice of Dismissal (Docket No. 13), it is hereby **ORDERED** that all claims asserted by Plaintiff Cellular Communications Equipment LLC in this action are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 12th day of February, 2014.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE